# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00366-CV

**In re Patrick Earl Tarkington**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Filed: September 23, 2021